Gregg A. Farley (State Bar No. 115593) gfarley@farleyfirm.com
LAW OFFICES OF GREGG A. FARLEY
880 Apollo Street, Suite 222
El Segundo, California 90245
Telephone: (310) 445-4024
Facsimile: (310) 445-4109

Attorneys for Plaintiff Jorge A. Mejia, appearing on behalf
of himself and all others similarly situated

Camille A. Olson (SBN 111919) colson@seyfarth.com
Richard B. Lapp (SBN 271052) rlapp@seyfarth.com
Christopher A. Crosman (SBN 190336) ccrosman@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant DHL Express (USA), Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. MEJIA, an individual, appearing on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation; and DOES 1-25,<br><br>Defendants. | Case No. 2:15-cv-00890-GHK-JC<br><br>**STIPULATION TO VACATE PRE-TRIAL AND DISCOVERY DATES PENDING APPROVAL OF CLASS ACTION SETTLEMENT** |

# STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Jorge A. Mejia ("Plaintiff") and Defendant DHL Express (USA), Inc. ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel of record, as follows:

1. On March 3, 2016, representatives of the Parties attended a settlement mediation before a third-party neutral mediator experienced in the settlement of wage and hour class actions. During the mediation, the Parties reached an agreement in principle to settle this case in a class action settlement.

2. The Parties anticipate that it will take approximately thirty (30) to forty-five (45) days for the Parties to negotiate the specific terms of a class action settlement agreement and thereafter execute the agreement. The Parties further anticipate that, with the Court's permission, Plaintiff will file a motion for preliminary approval of the class action settlement to be heard by the Court on Monday, June 6, 2016, at 9:30 a.m.

3. On February 25, 2016, the Court granted in part Plaintiff's contested motion for class certification. The Parties believe that the proposed class action settlement has mooted the need to distribute a notice of the Court's February 25th class certification order, and, accordingly,

STIPULATION TO VACATE PRE-
TRIAL AND DISCOVERY DATES - 2

request the Court's permission to postpone any class notice until such time as the Court authorizes notice of the proposed settlement to be distributed.

NOW, THEREFORE, IT IS HEREBY STIPULATED between the Parties, as follows:

1. The Parties respectfully request that the Court vacate all previously scheduled pre-trial and discovery dates and deadlines so that Plaintiff may file a motion for preliminary approval of the class action settlement to be heard on Monday, June 6, 2016, at 9:30 a.m.

2. The Parties also respectfully request that the Court permit any class notice to be postponed until such time as the Court authorizes notice of the proposed settlement to be distributed.

DATED: March 10, 2016　　　LAW OFFICES OF GREGG A. FARLEY
　　　　　　　　　　　　　　By: /S/ Gregg A. Farley
　　　　　　　　　　　　　　　　Gregg A. Farley
　　　　　　　　　　　　　　Attorneys for Plaintiff Jorge A. Mejia, appearing on behalf of himself and all others similarly situated

DATED: March 10, 2016　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　By: /S/ Richard B. Lapp
　　　　　　　　　　　　　　　　Richard B. Lapp
　　　　　　　　　　　　　　Attorneys for Defendant DHL Express (USA), Inc.