FILED
CLERK, U.S. DISTRICT COURT
MAR 14, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. MEJIA, an individual, appearing on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation; and DOES 1-25,<br><br>　　　　Defendants. | Case No. 2:15-cv-00890-GHK-JC<br><br>**~~PROPOSED~~ ORDER GRANTING STIPULATION TO VACATE PRE-TRIAL AND DISCOVERY DATES PENDING APPROVAL OF CLASS ACTION SETTLEMENT** |

ORDER GRANTING STIPULATION TO
VACATE PRE-TRIAL AND DISCOVERY DATES - 1

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby grants the Stipulation to Vacate Pre-Trial and Discovery Dates Pending Approval of Class Action Settlement filed by Plaintiff Jorge A. Mejia ("Plaintiff") and Defendant DHL Express (USA), Inc. ("Defendant") (collectively, "the Parties").

2. Accordingly, the Court hereby vacates all previously scheduled pre-trial and discovery dates and deadlines so that Plaintiff may file a motion for preliminary approval of the class action settlement to be heard on Monday, June 6, 2016, at 9:30 a.m.

3. Class notice is also postponed until such time as the Court authorizes notice of the proposed settlement to be distributed.

IT IS SO ORDERED.

DATED: 3/14, 2016

Hon. George H. King, Chief U.S. District Judge