1

2

3

4

5

6

7

8

9

10

11

12

13

FILED
CLERK, U.S. DISTRICT COURT

MAY 11, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____BH_____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. MEJIA, an individual, appearing on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DHL EXPRESS (USA), INC., an Ohio corporation; and DOES 1-25, <br><br> Defendants. | Case No. 2:15-cv-00890-GHK-JC <br><br> ~~**PROPOSED**~~ **ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO
CONTINUE PRELIMINARY APPROVAL
HEARING DATE - 1

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

ORDERED AS FOLLOWS:

1. The Court hereby grants the Stipulation to Continue Hearing Date for Motion for Preliminary Approval of Class Action Settlement filed by Plaintiff Jorge A. Mejia ("Plaintiff") and  Defendant DHL Express (USA), Inc. ("Defendant") (collectively, "the Parties").

2. Accordingly, the Court hereby continues from Monday, June 6, 2016, at 9:30 a.m., to Monday, June 20, 2016, at 9:30 a.m., the hearing on Plaintiff's motion for preliminary approval of the class action settlement in this case.

**IT IS SO ORDERED.**

DATED: ____5/11____, 2016          _____

Hon. George H. King, Chief U.S.
District Judge

ORDER GRANTING STIPULATION TO
CONTINUE PRELIMINARY APPROVAL
HEARING DATE - 2