SEYFARTH SHAW LLP
Camille A. Olson (SBN 111919)
colson@seyfarth.com
Richard B. Lapp (SBN 271052)
rlapp@seyfarth.com
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

SEYFARTH SHAW LLP
Robin E. Devaux (SBN 233444)
rdevaux@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (310) 201-5219

Attorneys for Defendant
DHL EXPRESS (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. MEJIA, an individual, appearing on behalf of himself and all other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation; and DOES 1-25,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-0890 GHK-JC<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　June 20, 2016<br>Time:　9:30 a.m.<br>Judge:　Hon. George H. King |

**TO THE COURT AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Defendant DHL EXPRESS (USA), INC. hereby gives notice that it does not oppose Plaintiff's Motion for Preliminary Approval of Class Action Settlement, scheduled for hearing before this Court at 9:30 a.m. on June 20, 2016.

DATED: May 27, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Robin E. Devaux*
Camille A. Olson
Richard B. Lapp
Christopher A. Crosman
Robin E. Devaux
Attorneys for Defendant
DHL EXPRESS (USA), INC.

27123770v.1 / 037343-000070