UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-890  GHK (Jcx) | Date | June 10, 2016 |
|---|---|---|---|
| Title | JORGE ALBERT MEJIA, et al  v.  DHL EXPRESS (USA), INC. | | |

**Presiding: The Honorable   GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | N/R |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| NONE | NONE |

**PROCEEDINGS:**     **IN CHAMBERS – ORDER**

On the Court's own motion, Plaintiff's Motion for Approval of Class Action Settlement **[69]**, noticed for hearing on June 20, 2016 is **CONTINUED** to **Wednesday, June 22, 2016 at 9:30 a.m.** Counsel for the respective parties' shall appear on date and time specified herein.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |